UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Criminal No. 09-556 (SDW) |
| PAUL J. LOPAPA | : | SCHEDULING AND CONTINUANCE ORDER |

This matter having come before the Court on motion of the defendant, Paul J. Lopapa, (by Linda D. Foster, Assistant Federal Public Defender, appearing) and Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Robert Kirsch, Assistant U.S. Attorney, appearing), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that defendant shall file any motions no later than October 23, 2009;

IT IS FURTHER ORDERED that any reply to defendant's motions shall be filed no later than November 13, 2009;

IT IS FURTHER ORDERED that argument of any motions filed shall be November 23, 2009;

IT IS FURTHER ORDERED that the trial in this matter is set for November 24, 2009; and

IT IS FURTHER ORDERED that the period from August 12, 2009 through November 24, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the defendant desires additional time to review discovery, and to pursue plea discussions, which may render trial of this matter unnecessary; (2) the defendant has consented to

the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

_____
HON. SUSAN D. WIGENTON
United States District Judge

_____
Linda D. Foster, Esq.
Counsel for defendant Paul J. Lopapa