UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 09-556 |
| PAUL J. LOPAPA | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Justin W. Arnold, Assistant U.S. Attorney) and defendant Paul LoPapa (by his attorney, Thomas Dunne, Esq.), for an Order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court pursuant to Title 18, United States Code, Section 3161(c), and all parties having consented to the entry of this continuance order under the Speedy Trial Act, and good cause having been shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The discoverable materials in this matter include voluminous amounts of documents and evidence that has been and will continue to be made available for inspection and discovery;

(2) Defense counsel will need additional time to review the discovery in this matter and to prepare motions for filing with

the Court;

(3) The case is in its pretrial discovery phase and is so unusual and complex because of the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by 18 U.S.C. § 3162, the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(B)(ii).

(4) The failure to grant such a continuance in the proceedings would be likely to result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(i).

(5) The ends of justice served by granting a continuance of the trial date outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

THEREFORE, IT IS on this 11th day of August, 2010 ORDERED that:

(6) Pretrial motions be filed and served not later than Oct. 22, 2010;

(7) Opposition due Nov. 5, 2010;

(8) Reply papers by Nov. 12, 2010;

(9) Motions hearing date Nov. 19, 2010;

(10) Trial date is November 29, 2010.

(11) This matter will be continued from July 8, 2010

through November 29, 2010 and that period shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of this Order

_____
Thomas Dunne
Attorney for Defendant

_____
Justin W. Arnold, AUSA