**THOMAS F. DUNN**
**ATTORNEY AT LAW**
**281 Rock Road**
**Glen Rock, New Jersey 07452**
**Tel: 201-403-7911**

RECEIVED

AUG 2 7 2010

CHAMBERS OF
HONORABLE SUSAN D. WIGENTON

<u>BY ECF & MAIL</u>

August 26, 2010

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

So Ordered
this 7th day of September 2010
Susan D. Wigenton, U.S.D.J.

Re: <u>US v LoPapa</u>
09-556(SDW)

Dear Judge Wigenton:

I recently filed a motion to dismiss the indictment in this matter pursuant to the Speedy Trial Act. I now move to withdraw that motion.

The government provided me with a transcript of the proceeding in which Mr. LoPapa received an appointment of new counsel. During that proceeding the court advised him that time would be excluded under the Speedy Trial Act in order for new counsel to prepare and familiar himself with the case. Your Honor inquired whether Mr. LoPapa understood and he responded in the affirmative.

As a result no good faith basis exists to maintain the motion to dismiss thus I request to withdraw that motion.

Thank you for your consideration of this request.

Respectfully yours,

Thomas F. X. Dunn

Cc: Jonathan Arnold, Esq.
    Assistant U.S. Attorney