UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

       Plaintiff,                              Criminal No. 09-556-01

  v.                              :

PAUL LOPAPA                             O R D E R

       Defendant.                   :


It is on this 9th day of February, 2011,

ORDERED that the Notice of Appearance of Steven Roth, Esq. [Doc #42] is invalid. Thomas Dunn, Esq. must move for permission to withdraw as counsel for defendant prior to the admission of any other attorney.

It is further ORDERED that the Clerk reinstate Thomas Dunn, Esq. as counsel for the defendant on the docket and terminate Steven Roth, Esq. until further order of the Court.

SUSAN D. WIGENTON
United States District Judge