UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

       Plaintiff,                Criminal No. 09-556-01
                                                    10-814-01

  v.                              :

PAUL LOPAPA                              **O R D E R**

       Defendant.                :


It is on this 8th day of March, 2011,

ORDERED that the Motion to be relieved as counsel by Thomas Dunn, Esq. [Doc. #44 in 09-556 and Doc. #6 in 10-814] is granted.

It is further ORDERED that new counsel, Steven F. Roth, Esq., is to enter his formal appearance on the docket by March 15, 2011.

_____
SUSAN D. WIGENTON
United States District Judge