UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | | Crim. No.  09-556 (SDW) |
| v. | : | Crim. No.  10-814 (SDW) |
| PAUL LOPAPA | : | <u>ORDER</u> |

This matter having come before the Court on the motion of the United States of America (Paul J. Fishman, United States Attorney, Matthew E. Beck, Assistant United States Attorney, appearing), and with the consent of Steven F. Roth, Esq., appearing on behalf of defendant Paul LoPapa, for an Order modifying the priority in which the two restitution orders entered in Criminal Numbers 09-556 and 10-814 are to be paid, and for good cause having been shown,

1. On December 16, 2011, defendant LoPapa was sentenced by this Court in two separate criminal cases, Criminal Numbers 09-556 (the "Investment Fraud Case") and 10-814 (the "Social Security Fraud Case"); and

2. As part of those sentences, the Court ordered defendant LoPapa to pay separate restitution amounts; and

3. The Judgments issued in both cases include a provision that requires that the restitution in the Investment Fraud Case be satisfied immediately after the restitution ordered in the Social Security Fraud Case has been fully satisfied; and

4. The United States has asked that the Court modify the priority of the two restitution orders so that the victims of

the Investment Fraud Case receive restitution prior to the Social Security Administration which is the victim of the Social Security Fraud Case.

WHEREFORE, on this 2nd day of February, 2012,

IT IS ORDERED that the Judgments in the Investment Fraud Case and the Social Security Fraud Case are amended such that the restitution ordered in the Social Security Fraud Case (Crim. No. 10-814) shall be satisfied immediately after the restitution ordered in the Investment Fraud Case (Crim. No 10-814) has been fully satisfied.

_____
HON. SUSAN D. WIGENTON
United States District Judge