UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

       Plaintiff,                    Criminal No. 09-556-01

v.                              :

PAUL LOPAPA                             **O R D E R**

       Defendant.         :

It appearing that a Motion to Vacate Dismissal of Appeal [Doc. #58] has been filed on behalf of the Defendant by Gerald M. Saluti, Esq., who is not the attorney of record;

It is on this 9th day of January, 2013,

It is hereby ORDERED the Motion to Vacate Dismissal of Appeal is dismissed as moot.

_____
SUSAN D. WIGENTON
United States District Judge